IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | CIVIL ACTION NO. 20-0336-CG-N |
| RAYMOND BRUCE SANDERS III, RAYMOND BRUCE SANDERS JR., and SHANNON DON WILLIAMS, | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the recommendation from the Magistrate Judge. (Doc. 45). Previously, upon consent of all of the parties who had appeared in this action, this action was referred to the Magistrate Judge to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and FED. R. CIV. P. 73. (Docs 24, 27). Defendants Raymond Bruce Sanders, III and Raymond Bruce Sanders, Jr. have had default entered against them under Federal Rule of Civil Procedure 55(a) for failure to plead or otherwise defend (see Docs. 19, 20), and to date neither has appeared or filed anything with the Court. Subsequently, Plaintiff moved for summary judgment and the only Defendant who has appeared in this action, Shannon Don Williams, responded that he had "no choice but to consent to the Summary Judgment." (Doc. 43). Accordingly, the Magistrate Judge Recommended that summary judgment be granted. (Doc. 44).

In light of the above, the Magistrate now recommends that the prior Reference be vacated and that final judgment be entered in accordance with the Magistrate's Recommendation that summary judgment be granted in favor of the Plaintiff. See 28 U.S.C. § 636(c)(4) ("The court may, for good cause shown on its own motion, or under extraordinary circumstances shown by any party, vacate a reference of a civil matter to a magistrate judge under this subsection.").

Upon consideration, the undersigned agrees with the Magistrate Judge and hereby **VACATES** the Order of Reference (Doc. 27).

The undersigned further finds that in light of Defendant William's concession (Doc. 43), Plaintiff's motion for summary judgment should be granted. Accordingly, the motion of Nationwide Mutual Fire Insurance Company for Summary Judgment (Doc. 41) is hereby **GRANTED.** Final judgment will be entered by separate order.

**DONE** and **ORDERED** this 4th day of June, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE