IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) CIVIL ACTION NO. 20-0336-CG-N |
| RAYMOND BRUCE SANDERS III, RAYMOND BRUCE SANDERS JR., and SHANNON DON WILLIAMS, | ) ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Court's orders entering Default against Defendants Raymond Bruce Sanders III and Raymond Bruce Sanders Jr. (Docs. 19, 20), and the Court's order granting Plaintiff's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff, **NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**, and against Defendants, **RAYMOND BRUCE SANDERS III, RAYMOND BRUCE SANDERS JR.,** and **SHANNON DON WILLIAMS.**

The Court hereby **DECLARES:**

**Nationwide Mutual Fire Insurance Company** has no duty or legal obligation under the Policy issued and delivered to **Raymond Bruce Sanders, Jr.** to provide a defense to **Raymond Bruce Sanders, III** in the underlying civil action or to indemnify **Raymond Bruce Sanders, III** for any claims that have been or may be asserted against

him by **Shannon Don Williams** arising out of or in relation to the subject motor vehicle accident that occurred on or about January 12, 2020.

**DONE** and **ORDERED** this 4th day of June, 2021.

                                     /s/ Callie V. S. Granade  
                                     SENIOR UNITED STATES DISTRICT JUDGE